Michael W. Fletcher, OSB No. 010448
  Email:  michael.fletcher@tonkon.com
Christopher J. Pallanch, OSB No. 075864
  Email:  christopher.pallanch@tonkon.com
Stephanie J. Grant, OSB No. 154957
  Email:  stephanie.grant@tonkon.com
Darian A. Stanford, OSB No. 994491
  Email: darian.stanford@tonkon.com
Jon P. Stride, OSB No. 903887
  Email:  jon.stride@tonkon.com
TONKON TORP LLP
 888 S.W. Fifth Avenue, Suite 1600
 Portland, OR  97204
 Telephone: 503-221-1440
 Facsimile: 503-274-8779
 *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **DEPAUL INDUSTRIES**, an Oregon non-profit corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>**CITY OF EUGENE**, a municipal corporation; **JOHN RUIZ**, in his official capacity as the City Manager of the City of Eugene; **BENJAMIN MILLER**, personally and in his official capacity as Assistant City Attorney for the City of Eugene; **LAVENA NOHRENBERG**, in her official capacity as Customer Experience Manager of the City of Eugene Public Library; **CLAYTON STILWELL**, in his official capacity as Purchasing Analyst for the Finance Department of the City of Eugene; and **DOES 1-9**, unknown individuals acting under color of law,<br><br>                    Defendants. | Civil No. 6:18-cv-00320-MC<br><br>**JOINT PROPOSED JURY INSTRUCTIONS** |

PAGE 1 – JOINT PROPOSED JURY INSTRUCTIONS

The parties respectfully submit the following Joint Proposed Jury Instructions for the Court's review.  Pursuant to LR 51, model instructions from Chapters 1, 2, and 3 of the Ninth Circuit's Manual of Model Civil Jury Instructions are identified only by instruction number and title.  Remaining joint proposed instructions follow the summary table.  The parties will provide separate submissions for instructions which have not been agreed upon.

| Joint Instruction No. | Model Instruction No. | Name |
|---|---|---|
| 1 | FEDCIV-JI9C 1.2 | Duty of Jury [preliminary] |
| 2 | FEDCIV-JI9C 1.4 | Duty of Jury [end of evidence] |
| 3 | FEDCIV-JI9C 1.6 | Burden of Proof – Preponderance of the Evidence |
| 4 | FEDCIV-JI9C 1.7 | Burden of Proof – Clear and Convincing Evidence |
| 5 | FEDCIV-JI9C 1.8 | Two or More Parties |
| 6 | FEDCIV-JI9C 1.9 | What is Evidence |
| 7 | FEDCIV-JI9C 1.10 | What is Not Evidence |
| 8 | FEDCIV-JI9C 1.11 | Evidence for a Limited Purpose |
| 9 | FEDCIV-JI9C 1.12 | Direct and Circumstantial Evidence |
| 10 | FEDCIV-JI9C 1.13 | Ruling on Objections |
| 11 | FEDCIV-JI9C 1.14 | Credibility of Witnesses |
| 12 | FEDCIV-JI9C 1.15 | Conduct of the Jury |
| 13 | FEDCIV-JI9C 1.17 | No Transcript Available to Jury |
| 14 | FEDCIV-JI9C 1.18 | Taking Notes |
| 15 | FEDCIV-JI9C 1.20 | Bench Conferences and Recesses |
| 16 | FEDCIV-JI9C 1.21 | Outline of Trial |
| 17 | FEDCIV-JI9C 2.3 | Judicial Notice |
| 18 | FEDCIV-JI9C 2.4 | Deposition in Lieu of Live Testimony |
| 19 | FEDCIV-JI9C 2.9 | Impeachment Evidence--Witness |
| 20 | FEDCIV-JI9C 2.11 | Use of Interrogatories |
| 21 | FEDCIV-JI9C 2.13 | Expert Opinion |
| 22 | FEDCIV-JI9C 2.14 | Charts and Summaries Not Received in Evidence |
| 23 | FEDCIV-JI9C 2.15 | Charts and Summaries Received in Evidence |
| 24 | FEDCIV-JI9C 9.1 | Section 1983 Introductory Instruction (see instruction below) |

## JOINT INSTRUCTION NO. 23

## CLAIMS 3, 4, AND 5 – SECTION 1983 CLAIMS—INTRODUCTORY INSTRUCTION

DePaul brings its Third, Fourth and Fifth claims under the federal statute, 42 U.S.C. § 1983, which provides that any person or persons who, under color of state law, deprives another of any rights, privileges, or immunities secured by the Constitution or laws of the United States shall be liable to the injured party.[1]

---

[1] Ninth Circuit Model Instruction No. 9.1.

PAGE 3 – JOINT PROPOSED JURY INSTRUCTIONS

Respectfully submitted this 15th day of October, 2021.

| | |
|---|---|
| SUSSMAN SHANK, LLP | TONKON TORP LLP |
| By  *s/ Thomas W. Stilley*   <br>    Susan S. Ford, OSB No. 842203<br>    Thomas W. Stilley, OSB No. 883167<br>    Andrea R. Meyer, OSB No. 136055<br><br>    *Attorneys for Plaintiff* | By  *s/ Darian A. Stanford*   <br>    Michael W. Fletcher, OSB No. 010448<br>    Christopher J. Pallanch, OSB No. 075864<br>    Stephanie J. Grant, OSB No. 154957<br>    Darian A. Stanford, OSB No. 994491<br>    Jon P. Stride, OSB No. 903887<br><br>    *Attorneys for Defendants* |

PAGE 4 – JOINT PROPOSED JURY INSTRUCTIONS

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following ECF participants by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below:

    SUSAN S, FORD    susanf@sussmanshank.com, jhume@sussmanshank.com, ecf.susan.ford@sussmanshank.com

    THOMAS W. STILLEY    tstilley@sussmanshank.com, jhume@sussmanshank.com

    ANDREA R. MEYER ameyer@sussmanshank.com

In addition, the following NON-ECF participants were served with a courtesy copy by e-mailing a copy thereof to each party's last-known e-mail address on the date set forth below:

    None.

DATED this 15th day of October, 2021.

    TONKON TORP LLP

    By  *s/ Darian A. Stanford*
        Michael W. Fletcher, OSB No. 010448
        Christopher J. Pallanch, OSB No. 075864
        Stephanie J. Grant, OSB No. 154597
        Darian A. Stanford, OSB No. 994491
        Jon P. Stride, OSB No. 903887
        *Attorneys for Defendants*